## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.*, and THE STATE OF OKLAHOMA )<br>*ex rel.,* JAMIE DUFFIELD and )<br>DIANA HARRIS, and JAMIE DUFFIELD )<br>and DIANA HARRIS, individually, )<br>)<br>   Plaintiffs, )<br>v. )<br>)<br>CHC HOLDINGS, LLC, d/b/a )<br>CARTER HEALTHCARE, STANLEY )<br>F. CARTER, and BRAD CARTER, )<br>)<br>   Defendants. ) | CIV-17-826-HE |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the United States, the State of Oklahoma, and Relators Jamie Duffield and Diana Harris ("Relators"), hereby stipulate:

1.     The United States, Relators, and Defendants CHC Holdings, LLC, Stanley F. Carter, and Brad Carter ("Defendants") have executed a Settlement Agreement. This Stipulation of Dismissal is consistent with, subject to, and incorporates the terms of the Settlement Agreement.

2.     The United States and Relators agree that the amount and terms of the settlement are fair, adequate, and reasonable under all the circumstances pursuant to 31 U.S.C. § 3730(c)(2)(B).

3.     The United States and Relators, pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1), stipulate that all claims asserted by Relators in the First Amended

Complaint on behalf of the United States against the Defendants which are based on the Covered Conduct, as defined by Paragraph D of the recitals in the Settlement Agreement, are dismissed with prejudice.

4.      The United States and Relators stipulate that all other claims asserted by Relators in the First Amended Complaint on behalf of the United States are dismissed with prejudice as to the Relators and without prejudice as to the United States. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby consents to Relators' voluntary dismissal of those claims, provided such dismissal is without prejudice to the United States.

5.      The State of Oklahoma and Relators stipulate that all claims asserted by Relators in the First Amended Complaint on behalf of the State of Oklahoma are dismissed with prejudice as to the Relators and without prejudice to the State of Oklahoma. Pursuant to the Oklahoma Medicaid False Claim Act, 63 O.S. § 5053.2(B)(1), Oklahoma hereby consents to Relators' voluntary dismissal of those claims, provided such dismissal is without prejudice to the State of Oklahoma.

6.      Except as expressly stated in the Settlement Agreement, the Parties each bear their own fees, costs, and expenses.

A proposed order accompanies this Joint Stipulation of Dismissal.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

*s/Scott Maule*

Scott Maule (OBA 31760)
Ronald Gallegos (Bar No. 013227AZ)
Assistant U.S. Attorneys
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700/8832
Scott.Maule@usdoj.gov
Ron.Gallegos@usdoj.gov

*s/Charles Dickson, III*                    *

Charles Dickson, III OBA #17941
Deputy Attorney General
Oklahoma Office of Attorney General
313 N.E. 21St Street
Oklahoma City, OK 73105
405-522-2962 (phone)
405-521-4875 (fax)
Charles.Dickson@oag.ok.gov
Counsel for the State of Oklahoma
* Signed with Permission

*s/Patrick S. Almonrode*          *

Patrick S. Almonrode
Jason T. Brown
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
877-561-0000
patalmonrode@jtblawgroup.com
Counsel for Relators Duffield and Harris
* Signed with Permission